**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

OMAR MARTINEZ,

    Plaintiff,

v.                                                                          3:18-cv-00316-DCG

THE CBE GROUP, INC.,

    Defendant.

### ADR REPORT

Pursuant to this Court's Scheduling Order [Doc. #11], the parties jointly submit this joint ADR Report.

The parties are in the early stages of settlement negotiations, and the undersigned counsel are the persons responsible for settlement negotiations for each party.

The parties have conferred and agreed that Stephen Enda of Weiner, Glass, Reed, LLP will preside over mediation in this matter.  Mr. Edna's address is 6440 North Central Expressway, Suite 316, Dallas, Texas 75206.  Mr. Edna's telephone number is (214) 265-9500.  The parties have agreed to mediate on or before Friday, August 30, 2019.

DATED: February 28, 2019                         Respectfully submitted,

_/s/ Joseph S. Davidson_                          _/s/ Robbie L. Malone_

Joseph S. Davidson                                Robbie L. Malone
Nathan C. Volheim                                 MALONE AND MARTIN PLLC
SULAIMAN LAW GROUP, LTD.                           8750 North Central Expressway
2500 South Highland Avenue                         Suite 1850
Suite 200                                          Dallas Texas 75231
Lombard, Illinois 60148                            +1 214-346-2630
+1 630-575-8181                                    rmalone@mamlaw.com
jdavidson@sulaimanlaw.com
nvolheim@sulaimanlaw.com                           _Counsel for The CBE Group, Inc._

*Counsel for Omar Martinez*